UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMMY GASPAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17-cv-1409 |
| v. ) | |
| ) | Honorable Judge Harry Leinenweber |
| TRANSWORLD SYSTEMS, INC. ) | |
| ) | Magistrate Judge Sheila M. Finnegan |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

NOW COMES Plaintiff Tammy Gaspar, by and through Her Attorney, Robert J. Tomei Jr., who pursuant to Federal Rule of Civil Procedure 68, 6(b)1(A), and Local Rule 54.3, respectfully states as follows:

1. That on April 3, 2017, Defendants transmitted to Plaintiff an offer to allow judgment to be entered against them and in favor of Plaintiff for $1,250.00 for all damages incurred by plaintiff in the instant cause, plus reasonable attorneys' fees and costs.

2. That on April 17, 2017, Plaintiff accepted Defendant's offer of judgment (Dkt. #12).

WHEREFORE, based on the foregoing, Plaintiff requests the Court to (1) enter the judgment, (2) grant leave to parties to confer pursuant to Local Rule 54.3 on Plaintiff's attorneys' fees and costs, and to file their joint statement within 90 days, and/or for any other or further relief this Court deems just.

**Dated: April 27, 2017**  Respectfully submitted,

By: __/s/ *Robert J. Tomei Jr.*__
One of Plaintiff's Attorneys

Robert J. Tomei Jr.
TOMEI LAW
223 N IL. Rt. 21, Ste. 14
Gurnee, IL 60031

1

Ph: (847) 596-7494
Fx: (847) 589-2263
Robert@TomeiLawFirm.com

## **CERTIFICATE OF SERVICE**

     I, Robert J. Tomei Jr., an attorney, hereby certify that on April 27, 2017, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Respectfully submitted,

By:    */s/ Robert J. Tomei Jr.*
One of Plaintiff's Attorneys
